



**DAVID GORDON**
ATTORNEY AT LAW
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TEL: (212) 772-6625
FAX: (914) 725-3229

February 21, 2008

By Facsimile (212) 805-7942
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Felix Marizan-Brito et al.*
          *Maria Eduvigis Polo*
          S1 07 Cr. 753-07 (AKH)

Dear Judge ~~Castel~~ Hellerstein:

    My client Maria Eduvigis Polo's employer wishes to change Ms. Polo's work hours to 11:00 a.m. to 8 p.m. This letter is to respectfully request that Ms. Polo's curfew be modified so that her new curfew would be 10:00 p.m. to 9:00 a.m. This will permit her to continue working at her current job and give her sufficient time to get to and from work.

    Pre-trial Services Officer Natasha Ramesar has advised that she spoke to Assistant United States Attorney Marshall A. Camp who has advised her[1] that I may represent to your Honor that the government consents to this application.

                                           Respectfully yours,

                                           David Gordon

cc:    Marshall A. Camp, Esq.
       Assistant United States Attorney (By facsimile)

       Ms. Natasha Ramesar
       United States Pre-Trial Services Officer (By facsimile)

---

[1] I have been unable to directly speak to AUSA Marshall Camp, who is out of the country, or AUSA Julian Moore, who is on trial.