UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

     - v. -                          :

MARIA EDUVIGIS POLO,                 :          INFORMATION

            Defendant.         :          S2 07 Cr. 753 (AKH)

                                   :
- - - - - - - - - - - - - - - - x

## COUNT ONE

     The United States Attorney charges:

     1.   From in or about June 2007 through on or about July 12, 2007, in the Southern District of New York, MARIA EDUVIGIS POLO, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the distribution, and possession with intent to distribute, of heroin by another person, unlawfully, willfully, and knowingly did conceal and did not as soon as possible make known the commission of that felony to some judge and other person in civil and military authority under the United States.

     (Title 18, United States Code, Section 4.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2008