


**DAVID GORDON**
ATTORNEY AT LAW
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TEL: (212) 772-6625
FAX: (914) 725-3229

May 7, 2008

By Facsimile (212) 805-7942
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered
5/7/08
/s/ AKH

Re: *United States v. Maria Eduvigis Polo*
S2 07 Cr. 753-07 (AKH)

Dear Judge Hellerstein:

My client Maria Eduvigis Polo, who is due to give birth in August, is awaiting sentence before your Honor, having pleaded guilty to misprision of a felony in violation of 18 U.S.C. § 4, pursuant to a plea agreement in which the government has agreed to move to dismiss the heroin conspiracy charge at the time of sentence. One of the conditions of Ms. Polo's bail (which was set long before the plea to the reduced charge was entered) was a curfew extending from approximately one and one-half hour after she left work until one and one-half hour before she started work. The curfew was changed once when her work hours changed. Her employer has changed her hours again, which would necessitate either changing the hours of the curfew or removing the curfew altogether. As I believe that the curfew is an unnecessary burden, I respectfully request that your Honor remove the curfew as a condition of Ms. Polo's bail.

Pre-trial Services Officer Natasha Ramesar has advised me that, as Ms. Polo has been fully compliant with the terms of her release and has always tested negative for controlled substances, she has no objection to the curfew being removed. Assistant United States Attorney Julian J. Moore also has advised me that I may represent to your Honor that the government has no objection to the removal of the curfew.

Respectfully yours,

David Gordon

cc: Julian J. Moore, Esq.
Assistant United States Attorney (By facsimile)

Ms. Natasha Ramesar
United States Pre-Trial Services Officer (By facsimile)