UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|        - v. - : | ORDER |
| MARIA EDUVIGIS POLO, : | 07 Cr. 753 (AKH) |
|        Defendant. : | |

- - - - - - - - - - - - - - - - - - - - x

      WHEREAS, with her consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on April 28, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and it is further

      ORDERED that the defendant will be sentenced on August 15, 2008, at 11:00 a.m.

SO ORDERED:

Dated: New York, New York
       5-19-, 2008

                              ALVIN K. HELLERSTEIN
                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08